# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00532-WDM-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

WARREN L. PETERSEN,

      Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On January 17, 2006, the probation officer submitted a petition for early termination of supervised release in this case.  On January 17, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service.  The United States has no objection to the proposed relief.  Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, on February 17, 2006.

      BY THE COURT:


      s/ Walker D. Miller
      United States District Judge

PDF FINAL