IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN RE:
EXPIRED PASSPORTS

## ORDER TO FORWARD PASSPORT

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following expired passports to the United States Department of State, Office of Research and Liaison, Attn: Vanessa Washington, 1111 19th Street, NW, Room 500, Washington, DC 20522:

| Defendant Name | Expiration Date | Case Number |
| --- | --- | --- |
| HUNTER, Bruce W | 02/05/95 | 92-CR-229 |
| HUNTER, Bruce W | 03/23/99 | 92-CR-229 |
| HUNTER, Bruce W | 11/23/93 | 92-CR-229 |
| KOLB, Jaime B | 10/18/78 | 76-CR-027 |
| LAW, Richard Carl | 03/29/77 | 74-CR-425 |
| MARTINEZ, Gilbert E | 08/06/06 | 00-CR-511 |
| MULLINS, La Donna | 02/13/01 | 04-CR-463 |
| OKEREKE, Nnanna | 09/27/94 | 97-CR-232 |
| PADILLA JR, James F | 05/06/06 | 02-CR-089 |
| PETERSEN, Warren Lee | 05/17/04 | 00-CR-532 |

Dated at Denver, Colorado, this 30 day of ~~September~~ October, 2007.

THE COURT:

Edward W Nottingham, Chief Judge